**大成 DENTONS**

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024
```

June 25, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Toro v. Fairytale Brownies, Inc.*, Case No. 1:24-cv-01248-AT

Dear Judge Torres:

We represent Defendant Fairytale Brownies, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 27, 2024 to August 9, 2024

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

GRANTED.  By **August 9, 2024**, the parties shall file a status update with respect to settlement and voluntary dismissal of this action.  If the parties have not reached a resolution at that point, by **August 15, 2024**, they shall file a proposed revised case management plan.

SO ORDERED.

Dated: June 26, 2024
       New York, New York

ANALISA TORRES
United States District Judge