USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

FAIRYTALE BROWNIES, INC.,

        Defendant.

Case No: 1:24-cv-01248-AT

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, FAIRYTALE BROWNIES, INC, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
           July 11, 2024

New York, New York
July 11, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**DENTONS US LLP**

By: _____
Rebecca A. Stark, Esq.
1221 Avenue of the Americas
New York, NY 10020
Rebecca.stark@dentons.com
*Attorneys for Defendant*

    SO ORDERED.

    Dated: July 12, 2024
          New York, New York

_____
ANALISA TORRES
United States District Judge